**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ARTHUR GREER,

       Plaintiff,

v                                 Case No. 05-71629

NICK LUDWICK, et al.         ARTHUR J. TARNOW
                                       UNITED STATES DISTRICT JUDGE

       Defendants.

                                   MONA K. MAJZOUB
_____/   MAGISTRATE JUDGE

**ORDER ADOPTING REPORT & RECOMMENDATION [DE 35], DENYING PLAINTIFF'S MOTION TO FACILITATE ACCESS TO THE COURTS [DE 3], AND DENYING PLAINTIFF'S MOTION TO ENFORCE DEFENDANT'S TO ADHERE TO CONSENT DECREE [DE 30]**

     Before the Court is the Magistrate Judge's Report and Recommendation [DE 35], which recommends that Plaintiff's motion to facilitate access to the courts [DE 3] and Plaintiff's motion to enforce Defendants to adhere to consent decree be denied. The Court has reviewed the R&R as well as Plaintiff's pleadings, and concludes that the R&R's conclusions are correct. Therefore,

     IT IS HEREBY ORDERED that the Report & Recommendation [DE 35] is ADOPTED and ENTERED as the findings and conclusions of the Court.

     IT IS FURTHER ORDERED that Plaintiff's motion to facilitate access to the courts [DE 3] is DENIED for the reasons set forth in the R&R.

     IT IS FURTHER ORDERED that Plaintiff's motion to enforce Defendant's to adhere to consent decree [DE 30] is DENIED for the reasons set forth in the R&R.

05-71629

SO ORDERED.

        s/Arthur J. Tarnow
        Arthur J. Tarnow
        United States District Judge

Dated:  December 20, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 20, 2005, by electronic and/or ordinary mail.

        s/Theresa E. Taylor
        Case Manager

05-71629

SO ORDERED.

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated:  December 20, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 20, 2005, by electronic and/or ordinary mail.

s/Theresa E. Taylor
Case Manager