**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ARTHUR GREER,**

       **Plaintiff,**         **CIVIL ACTION NO. 05-CV-71629-DT**

  **vs.**

                            **DISTRICT JUDGE ARTHUR J. TARNOW**

**NICK LUDWICK,**         **MAGISTRATE JUDGE MONA K. MAJZOUB**
  **et. al,**

       **Defendants.**
_____/

**ORDER APPOINTING COUNSEL**

The Court has identified that the above-named Plaintiff, presently proceeding *pro se* in this matter would benefit from the assistance of counsel. **IT IS HEREBY ORDERED** that, Kerry K. Cahill, Ryan Clarkson, and Thomas M. Schehr, attorneys of the law firm Dykema Gossett PLLC, 39577 Woodward Ave., Suite 300, Bloomfield Hills, MI  48304-2820, are hereby assigned to represent the above named Plaintiff in this matter, unless said assignment is terminated by (1) Order of the Court (2) Assignment of substitute counsel or (3) Termination of the matter before the Court.

    **IT IS FURTHER ORDERED** that:

        1. Assigned counsel be provided without cost and upon his request copies of all pleadings filed to date in this matter and that he proceed as counsel of record for Plaintiff from this date forward.

        2. Assigned counsel is subject to 42 U.S.C. 1988 with regard to awarding of attorney fees; and

    3. Assigned counsel may only request to withdraw from this matter through filing of a motion, with notice to Plaintiff, setting forth full particulars as to why such a motion should be granted.


Dated: August 07, 2006          s/ Mona K. Majzoub_____
                                                  MONA K. MAJZOUB
                                                  UNITED STATES MAGISTRATE JUDGE


## Proof of Service

    I hereby certify that a copy of this Report and Recommendation was served upon Arthur Greer, Dykema Gossett and Counsel of Record on this date.


Dated: August 07, 2006          s/ Lisa C. Bartlett_____
                                                  Courtroom Deputy